**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSHIK NADAV TYPOGRAPHY,<br><br>*Plaintiff*,<br><br>v.<br><br>BANANA REPUBLIC, LLC,<br><br>*Defendant*. | Case No. 1:20-cv-8325-JMF |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Banana Republic, LLC states that it is a wholly-owned subsidiary of its parent corporation Gap, Inc., which is a publicly held company.

Dated: New York, New York
December 9, 2020

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
James D. Weinberger (*jweinberger@fzlz.com*)
Daniel M. Nuzzaci (*dnuzzaci@fzlz.com*)
151 West 42nd Street, 17th Floor
New York, New York  10036
Tel:  (212) 813-5900

*Attorneys for Defendant Banana Republic, LLC*

{F3796461.1 }