James D. Weinberger (*jweinberger@fzlz.com*)
Daniel M. Nuzzaci (*dnuzzaci@fzlz.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900

*Attorneys for Defendant Banana Republic, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSHIK NADAV TYPOGRAPHY,<br><br>        *Plaintiff*,<br><br>   v.<br><br>BANANA REPUBLIC, LLC,<br><br>        *Defendant*. | Case No. 1:20-cv-8325-JMF |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE SECOND**
**AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

      PLEASE TAKE NOTICE THAT Defendant Banana Republic, LLC ("Defendant"), by and through its undersigned counsel, shall move this Court before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, located at Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1105, New York, New York 10007, at such time as the Court may hereafter determine, for an order dismissing Plaintiff Moshik Nadav Typography's ("Plaintiff") Second Amended Complaint (ECF No. 20) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE THAT in support of its motion, Defendant relies upon the accompanying Memorandum of Law filed contemporaneously herewith.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b), any answering memoranda shall be served within fourteen days after service of these moving papers.

Dated: New York, New York
January 26, 2021

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
James D. Weinberger (*jweinberger@fzlz.com*)
Daniel M. Nuzzaci (*dnuzzaci@fzlz.com*)
151 West 42nd Street, 17th Floor
New York, New York  10036
Tel:  (212) 813-5900

*Attorneys for Defendant Banana Republic, LLC*