UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :

MOSHIK NADAV TYPOGRAPHY LLC,      :

                           Plaintiff,           :         20-CV-8325 (JMF)

          -v-                              :         <u>ORDER</u>

BANANA REPUBLIC, LLC,               :

                         Defendant.      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 21, Defendant's earlier motion to dismiss filed at ECF No. 14 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **February 9, 2021**. Defendant's reply, if any, is due by **February 16, 2021**.

       The Clerk of Court is directed to terminate ECF No. 14.

       SO ORDERED.

Dated: January 26, 2021
       New York, New York                       _____
                                                             JESSE M. FURMAN
                                                    United States District Judge